FILED
United States Court of Appeals
Tenth Circuit

August 20, 2014

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CHASE CARMEN HUNTER,

    Plaintiff - Appellant,

v.

TOM HIRSIG, individually and in his official capacities as Commissioner of Insurance for Wyoming and as Director, Executive Board of the National Association of Insurance Commissioners,

    Defendant - Appellee.

No. 14-8053
(D.C. No. 2:14-CV-00089-NDF)

_____

**ORDER**

_____

    This matter comes on for consideration of the appellant's "Motion for Password for Electronic Filing" which is construed as a motion for permission to file electronically. Upon consideration thereof, the appellant is granted permission to file electronically *for this appeal only*.

    The appellant must follow certain steps in order to use the court's Electronic Case Filing System ("ECF"), and must comply with all orders governing electronic filing.

    The appellant must register with the court's ECF by selecting the U.S. Court of Appeals for the Tenth Circuit as the court through which she wishes to receive and file documents. The registration website may be accessed through the court's website (www.ca10.uscourts.gov), selecting the tab for "CM/ECF & Court Filing," and clicking

on the link to access "CM/ECF & PACER." The appellant can receive and file court documents once she is notified that ECF registration is complete.

The appellant is advised that CM/ECF registration constitutes consent to be served electronically.

The appellant's computer system must incorporate the most recent release of JAVA software, which is necessary for ECF to operate properly. In addition, the system must incorporate Adobe Acrobat or some other software capable of working with documents in Portable Document Form ("PDF"). All documents filed with this court must be in PDF format. Attachments to any motion, brief, or document also must be in PDF format. Additional information on PDF document filing can be found on the court's website.

The appellant must have regular access to an e-mail account to which court documents will be sent. Once registered through ECF, the appellant will receive only electronic notification of court filings, and will *no longer be sent hard copies of court documents*. The appellant is responsible for keeping ECF updated with a current e-mail address. Court documents will only be sent to the e-mail address contained in ECF.

Court documents sent to the appellant through ECF will arrive at the appellant's e-mail address as a Notice of Docket Activity ("NDA"). The NDA will contain a link to the document being sent. The link can be opened *only once*. Therefore, the appellant must either print or download and save the document. If the appellant wishes less restrictive access to court documents, she must register with the Public Access to Court Electronic Records ("PACER") system and pay the current rate for downloading or printing court

documents through that system. Registration for PACER may be initiated through the court's website. *The court will not provide additional copies of court orders and pleadings.*

The granting of the appellant's motion and her follow-up on the appropriate registration steps will allow her to receive and file documents electronically in this appeal only.

The appellant will continue to receive and must continue to serve documents in hard copy until she registers with ECF and is approved.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> *Ellen Rich Reiter*
>
> by: Ellen Rich Reiter
>     Jurisdictional Attorney